## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 18-27794M |
| Omar Bahena-Magana | Citizenship: MEXICO |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about June 2, 2018, at or near Nogaels, Arizona, in the District of Arizona, Omar BAHENA-Magana, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Harlingen, Texas on May 21, 2012, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about June 2, 2018, at or near Nogales, Arizona, in the District of Arizona, Omar BAHENA-Magana, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

Omar BAHENA-Magana is a citizen of Mexico. On May 21, 2012, Omar BAHENA-Magana was lawfully denied admission, excluded, deported, and removed from the United States through Harlingen, Texas. On June 2, 2018, agents found Omar BAHENA-Magana in the United States at or near Nogaels, Arizona. Omar BAHENA-Magana did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about June 2, 2018, agents found Omar BAHENA-Magana in the United States of America at or near Nogaels, Arizona without the proper immigration documents. Furthermore, Omar BAHENA-Magana admitted to illegally entering the United States of America from Mexico on or about June 2, 2018, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 06/04/2018

at Tucson, Arizona

*Trevor McDonald, Border Patrol Agent*

Sworn to before me and subscribed in my presence,

Date signed: 06/04/2018

**Bruce G. Macdonald**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                     CASE: 18-27794M

vs.

Omar Bahena-Magana

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Omar Bahena-Magana, was represented by counsel, Homero Torralba (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 06/04/2018. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 06/02/2018 |

As pronounced on 06/04/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of THIRTY (30) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, June 04, 2018.

Bruce G. Macdonald
United States Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 06/04/2018     Case Number: 18-27794M

USA vs. **Omar Bahena-Magana**
U.S. MAGISTRATE JUDGE: BRUCE G. MACDONALD     Judge AO Code: 70BY
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Beatriz Bogard, Spanish
Attorney for Defendant: Homero Torralba (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **06/02/2018**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**THIRTY (30) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Homero Torralba (CJA) is appointed as attorney of record for defendant.

| | |
|---|---|
| Recorded by Courtsmart | COP: 1 |
| BY: Beth Harper | Sent: 0 |
| Deputy Clerk | IA: 0 |
| Start: 1:40 PM Stop: 4:10 PM | |